UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| TERESA FANNIN | ) | CIVIL ACTION NO. _____ |
| Plaintiff | ) | |
| v. | ) | |
| KAREN RICH and WILEY SANDERS TRUCK LINES, INC. | ) | **NOTICE OF FILING OF STATE COURT REMOVAL NOTICE** |
| Defendants | ) | |

\*\* \*\* \*\* \*\* \*\*

Please take notice that on September 29, 2022, Defendants filed their Notice of Filing of Petition for Removal (the "Notice") with the Clerk of the Circuit Court of Anderson County, Kentucky. A copy of the Notice is attached hereto as **Exhibit 1**.

SEWELL & NEAL, PLLC

/s/ Charles A. Walker
CHARLES A. WALKER
220 West Main Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 582-2030
Facsimile: (502) 561-0766
E-mail: cwalker@sonlegal.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing was served electronically this 29th day of September, 2022 to:

SHEA W. CONLEY
Morgan & Morgan, Kentucky. PLLC
333 West Vine Street. Suite 1200
Lexington, KY 40507

/s/ Charles A. Walker
CHARLES A. WALKER